UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| Diane Reynolds, *on behalf of herself and all others similarly situated*,<br><br>            Plaintiff,<br><br>    v.<br><br>Athena Bitcoin, Inc.,<br><br>            Defendant. | Case No. 8:25-cv-01318-PX |

**DEFENDANT ATHENA BITCOIN INC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Athena Bitcoin Inc., by its undersigned attorneys, hereby moves this Court for an order dismissing the Complaint filed by Plaintiff Diane Reynolds because it fails to state a claim upon which relief may be granted. The reasons in support of this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

Dated: May 23, 2025

                                Respectfully submitted,

                                */s/ Elizabeth A. Scully*
                                Elizabeth A. Scully, 27402
                                BAKER & HOSTETLER LLP
                                Washington Square, Suite 1100
                                1050 Connecticut Avenue, N.W.
                                Washington, DC 20036-5304
                                escully@bakerlaw.com
                                T: (202) 861-1500
                                F: (202) 861-1783

Terry Brennan (pro hac vice)
tbrennan@bakerlaw.com
Sam A. Camardo (pro hac vice)
scamardo@bakerlaw.com
Daniel M. Kavouras (pro hac vice)
dkavouras@bakerlaw.com
Kendall C. Kash (pro hac vice)
kkash@bakerlaw.com
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
T: 216.861.2000

*Counsel for Athena Bitcoin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing was served electronically on all counsel of record by electronic filing via the Court's CM/ECF system.

      /s/ *Elizabeth A. Scully*
      Attorney for Athena Bitcoin, Inc.